William A. ROSS, Petitioner–Appellant,

v.

State of NORTH CAROLINA; Attorney General of North Carolina, Respondents–Appellees.

No. 01–6133.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

William A. Ross, pro se.

Michael F. Easley, Clarence Joe Del-Forge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William A. Ross seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Ross' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Ross v. North Carolina,* No. CA–00–200–3–1–MU (W.D.N.C. Oct. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*